UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAJOR ELEVATOR CORP,<br><br>                                Plaintiff,<br><br>—against—<br><br>EZQUIRE ELEVATOR, LLC, JOEL SMITH, and ANTHONY GRAVES,<br><br>                              Defendants. | Index No. **1:17-cv-03427-ALC**<br><br>REQUEST FOR CERTIFICATE OF DEFAULT |

TO: RUBY J. KRAJICK

Please enter the default of defendant(s), EZQUIRE ELEVATOR, LLC, JOEL SMITH, and ANTHONY GRAVES, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of T. Austin Brown, Esq.

Dated: June 26, 2017

By: _____

T. Austin Brown, Esq.
*Attorney for the Plaintiff*
349 5th Avenue #720
New York, NY 10016
917-716-6537
Austin@austinbrownlaw.com