

## CONTRACT AGREEMENT

This agreement between **EZQUIRE ELEVATOR, LLC** Address:- 2935 Rosebud Road Suite 1204, Loganville, GA, 30052. Hereinafter referred to as the Company, "And **MAJOR ELEVATOR CORP.** Address:- 79 Chambers Street 2nd Floor, New York, NY, 10007 Hereinafter referred to as the "Owner," intend to be legally bound, hereby agree as follows:

The Company **EZQUIRE ELEVATOR, LLC** agrees to Install Two **(2)** Tweleve **(12)** stops New Construction Opening Elevator Overhead Traction - Property located at 552 West 29th Street New York, NY, 10001.

**Contracted Price/Payment Terms:**

- **MAJOR ELEVATOR CORP.** agrees to pay to **EZQUIRE ELEVATOR, LLC $110,000.00** for Two **(2)** Twelve stop Elevator, with increments of **$5,000.00** per week not to exceed over fourteen **(14)** weeks totalling **$110,000.00**. Upon completion of said Elevator's and on passing inspection, **MAJOR ELEVATOR CORP** agrees to pay in full balance owed to **EZQUIRE ELEVATOR, LLC**

- All payments by **MAJOR ELEVATOR CORP.** shall be made payable to **EZQUIRE ELEVATOR, LLC** 2935 Rosebud Road Suite 1204, Loganville, GA, 30052 by Check, Direct Deposit, or Credit Card. **MAJOR ELEVATOR CORP.** also agrees to pay **EZQUIRE ELEVATOR, LLC** the first initial payment of **$5,000.00** on Friday June 19th 2016 and the said payment of **$5,000.00** is to be paid to **EZQUIRE ELEVATOR, LLC** every week for the next fourteen **(14)** weeks.

**Confidentiality Terms & Conditions:**

- All Materials and Equipments are to be supplied by **MAJOR ELEVATOR CORP.,** Building is to have proper power supply to operate Machine and Controller in order for the job to be completed within the fourteen **(14)** weeks deadline agreed upon.

- **EZQUIRE ELEVATOR, LLC** will only supply Labor for the project at 552 West 29th Street New York, NY, 10001. Any Material Purchases made and paid out of pocket by **EZQUIRE ELEVATOR, LLC** will be reimbursed by **MAJOR ELEVATOR CORP.** upon receipt.

- **EZQUIRE ELEVATOR, LLC** will not disclose any nature of finances, working conditions, and would not solicit work off of **MAJOR ELEVATOR CORP.** work site.

2

- **EZQUIRE ELEVATOR, LLC** agrees that if any of these terms and conditions are broken, it will be cause for termination of this contract. In return, **MAJOR ELEVATOR CORP.** agrees to give permission to **EZQUIRE ELEVATOR, LLC** to use the jobs that were completed by **EZQUIRE ELEVATOR, LLC** to use as references for the State of Georgia and any other state outside of New York.

This Agreement is confidential between **MAJOR ELEVATOR CORP.** and **EZQUIRE ELEVATOR, LLC** and shall not be distributed to third parties.

The Owner does hereby agree that the exclusive venue for any disputes between the parties shall be in the Borough of Manhattan, State of New York.

Accepted by: KODY TOKAR                    Approved by: ANTHONY GRAVES

_____                    _____
(Signature)                                                      (Signature)

Date: _____                    Approved by: JOEL SMITH

_____
(Signature)

Date: _____