

| | |
|---|---|
| #27 | |
| Posting Date: 20160816 | |
| Sequence Number: 5380489884 | |
| Amount: $5,000.00 | |
| Account: 635268167 | |
| Routing Transit Number: 02100002 | |
| Check/Serial Number: 000000001772 | |
| Bank Number: 802 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number: 0000006236 | |
| UDK: 80216081600538048984 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#26

Posting Date: 20160825

Sequence Number: 2180533955

Amount: $5,000.00

Account: 635268167

Routing Transit Number: 02100002

Check/Serial Number: 000000001785

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006367

UDK: 80216082502180533955

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#25

Posting Date: 20160901

Sequence Number: 3580625411

Amount: $5,000.00

Account: 635268167

Routing Transit Number: 02100002

Check/Serial Number: 000000001795

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006323

UDK: 80216090100358062541

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #23 | |
|---|---|
| Posting Date: 20160919 | |
| Sequence Number: 5070900778 | |
| Amount: $5,000.00 | |
| Account: 635268167 | |
| Routing Transit Number: 02100002 | |
| Check/Serial Number: 000000001820 | |
| Bank Number: 802 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number: 0000008114 | |
| UDK: 802160919005070900778 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #22 |
| --- |
| Posting Date: 20160922 |
| Sequence Number: 9290480592 |
| Amount: $5,000.00 |
| Account: 635268167 |
| Routing Transit Number: 02100002 |
| Check/Serial Number: 000000001828 |
| Bank Number: 802 |
| IRD Indicator: 0 |
| BOFD: 000000000 |
| Capture Source: PV |
| Entry Number: 0000005940 |
| UDK: 802160922009290480592 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image: 5 |
| PE Indicator: N |
| Application Code: 1 |
| Trancode: 000000 |
| DB/CR: DB |
| Item Type: P |
| Processing Date: |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| | |
|---|---|
| #20 | |
| Posting Date: | 20160927 |
| Sequence Number: | 2190886302 |
| Amount: | $5,000.00 |
| Account: | 635268167 |
| Routing Transit Number: | 02100002 |
| Check/Serial Number: | 000000001833 |
| Bank Number: | 802 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 0000006003 |
| UDK: | 802160927002190886302 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000000 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

Page 1 of 1



#18

Posting Date: 20161006

Sequence Number: 2470824885

Amount: $5,000.00

Account: 635268167

Routing Transit
Number: 02100002

Check/Serial
Number: 000000001850

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006252

UDK: 802161006002470824885

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #17 |
| --- |
| Posting Date: 20161013 |
| Sequence Number: 2470322854 |
| Amount: $5,000.00 |
| Account: 635268167 |
| Routing Transit Number: 02100002 |
| Check/Serial Number: 000000001860 |
| Bank Number: 802 |
| IRD Indicator: 0 |
| BOFD: 000000000 |
| Capture Source: PV |
| Entry Number: 0000006188 |
| UDK: 80216101300247032854 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image: 5 |
| PE Indicator: N |
| Application Code: 1 |
| Trancode: 000000 |
| DB/CR: DB |
| Item Type: P |
| Processing Date: |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| | |
|---|---|
| **#15** | |
| Posting Date: | 20161020 |
| Sequence Number: | 2190232832 |
| Amount: | $5,000.00 |
| Account: | 635268167 |
| Routing Transit Number: | 02100002 |
| Check/Serial Number: | 000000001871 |
| Bank Number: | 802 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 0000006271 |
| UDK: | 80216102000219023282 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000000 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

MAJOR ELEVATOR CORP.
79 CHAMBERS ST. FL 2
NEW YORK, NEW YORK 10007

CHASE ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1871

10/20/2016

PAY TO THE ORDER OF   EZQUIRE ELEVATOR

$ ***5,000.00

Five Thousand and no/100********************

DOLLARS

EZQUIRE ELEVATOR

MEMO 22 W 29TH ST - PAYMENT 13

AUTHORIZED SIGNATURE

⑈001871⑈ ⑇021000021⑇   635268167⑈

Seq: 131
Batch: 630365
Date: 10/20/16

Seq:00131 10/20/16
BAT:630365 CC:447868271⑇

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #14 |
| --- |
| Posting Date: 20161021 |
| Sequence Number: 8270949030 |
| Amount: $5,000.00 |
| Account: 635268167 |
| Routing Transit Number: 02100002 |
| Check/Serial Number: 000000001875 |
| Bank Number: 802 |
| IRD Indicator: 0 |
| BOFD: 000000000 |
| Capture Source: PV |
| Entry Number: 0000006583 |
| UDK: 802161021008270949030 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image: 5 |
| PE Indicator: N |
| Application Code: 1 |
| Trancode: 000000 |
| DB/CR: DB |
| Item Type: P |
| Processing Date: |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#13

Posting Date: 20161027

Sequence Number: 5480100379

Amount: $5,000.00

Account: 635268167

Routing Transit Number: 02100002

Check/Serial Number: 000000001880

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000003557

UDK: 802161027005480100379

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#12

Posting Date: 20161027

Sequence
Number: 105480100380

Amount: $5,000.00

Account: 635268167

Routing Transit
Number: 02100002

Check/Serial
Number: 000000001879

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: IV

Entry Number: 0000003557

UDK: 802161027105480100380

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#11

Posting Date: 20161103

Sequence Number: 9780481866

Amount: $5,000.00

Account: 635268167

Routing Transit
Number: 02100002

Check/Serial
Number: 000000001890

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006717

UDK: 802161103009780481866

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| Field | Value |
|---|---|
| | #10 |
| Posting Date: | 20161110 |
| Sequence Number: | 5380643441 |
| Amount: | $5,000.00 |
| Account: | 635268167 |
| Routing Transit Number: | 02100002 |
| Check/Serial Number: | 000000001905 |
| Bank Number: | 802 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 0000005960 |
| UDK: | 80216111 0005380643441 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000000 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#8

Posting Date: 20161117

Sequence Number: 3580142593

Amount: $5,000.00

Account: 635268167

Routing Transit Number: 02100002

Check/Serial Number: 000000001915

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006329

UDK: 802161117003580142593

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#9

Posting Date: 20161117

Sequence Number: 3580142592

Amount: $5,000.00

Account: 635268167

Routing Transit Number: 02100002

Check/Serial Number: 000000001914

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006329

UDK: 802161117003580142592

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



#7

Posting Date: 20161201

Sequence Number: 9780432602

Amount: $5,000.00

Account: 635268167

Routing Transit Number: 02100002

Check/Serial Number: 000000001930

Bank Number: 802

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000006622

UDK: 802161201009780432602

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #6 | |
| --- | --- |
| Posting Date: 20161201 | |
| Sequence Number: 9780432603 | |
| Amount: $5,000.00 | |
| Account: 635268167 | |
| Routing Transit Number: 02100002 | |
| Check/Serial Number: 000000001928 | |
| Bank Number: 802 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number: 0000006622 | |
| UDK: 802161201009780432603 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #4 |
| --- |
| Posting Date: 20161215 |
| Sequence Number: 2180771763 |
| Amount: $5,000.00 |
| Account: 635268167 |
| Routing Transit Number: 02100002 |
| Check/Serial Number: 000000001949 |
| Bank Number: 802 |
| IRD Indicator: 0 |
| BOFD: 000000000 |
| Capture Source: PV |
| Entry Number: 0000005909 |
| UDK: 80216121500218071763 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image: 5 |
| PE Indicator: N |
| Application Code: 1 |
| Trancode: 000000 |
| DB/CR: DB |
| Item Type: P |
| Processing Date: |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| #3 |
| --- |
| Posting Date: 20161228 |
| Sequence Number: 9270621684 |
| Amount: $5,000.00 |
| Account: 635268167 |
| Routing Transit Number: 02100002 |
| Check/Serial Number: 000000001984 |
| Bank Number: 802 |
| IRD Indicator: 0 |
| BOFD: 000000000 |
| Capture Source: PV |
| Entry Number: 0000004738 |
| UDK: 80216122800927062168 4 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image: 5 |
| PE Indicator: N |
| Application Code: 1 |
| Trancode: 000000 |
| DB/CR: DB |
| Item Type: P |
| Processing Date: |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved