

MEMO ENDORSED

RECEIVED
OCT 1 0 2017
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

# Lehman Law Group

October 10, 2017

*VIA FAX*

Hon. Kevin N. Fox
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/17

**Re:    Major Elevator Corp. v. Ezquire Elevator, LLC, Joel Smith & Anthony Graves, No. 17 Civ. 3427**

Dear Judge Fox:

The undersigned firm represents the defendants in this case. We write with permission of Plaintiff's counsel to request an adjournment of the initial conference today at 2 p.m. As shown by the attached Initial Conference Questionnaire and the stipulation filed on October 6, 2017, the parties have agreed to all initial issues including the discovery of emails and text messages between the parties and needed depositions. Moreover, Plaintiff's counsel has agreed to permit an amended answer by October 21st with initial disclosures and discovery due ten days later. The initial answer contains a general denial.

Thus, the parties respectfully request that this conference be adjourned until after November 1, 2017, when the parties will have developed the factual issues with the amended pleadings and discovery and the parties will be able to speak with more detail about the case.

Respectfully submitted,

10/10/17
Application granted. The
conference will be held on
November 7, 2017, at 2:00p.m.
SO ORDERED:
/Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

*Julie Solarz*
Julie Solarz
Lehman LG LLC
244 5th Ave., Suite B258
New York, New York 10001
724-453-4626
juliesolarz@lehmanlawgroup.com

cc: T. Austin Brown, Esq.
Counsel for Plaintiff (sent via email)

244 5th Ave., Suite B258 • New York, NY 10001
Phone 724-453-4626 (724LEHMAN)
E-mail brian@lehmanlawgroup.com

1