UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAJOR ELEVATOR CORP, | : |
| Plaintiff, | : 17 Civ. 3427 |
| --against-- | : |
| EZQUIRE ELEVATOR, LLC, JOEL SMITH, and ANTHONY GRAVES, | : |
| Defendants. | : |

**NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared hereby stipulate and give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: March 1, 2018
New York, New York

| /s/ *T. Austin Brown* | /s/ *Julie R. Solarz* |
|---|---|
| T. Austin Brown | Julie R. Solarz |
| The Austin Brown Law Firm | Lehman LG LLC |
| 349 5th Avenue #720 | 244 5th Ave., Suite B258 |
| New York, NY, 10016 | New York, NY 10001 |
| (917) 716-6537 | (724) 453-4626 |
| austin@austinbrownlaw.com | Julie.Solarz@lehmanlawgroup.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants |
| Major Elevator Corp. | Ezquire Elevator, LLC, Joel Smith, and Anthony Graves |