UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAJOR ELEVATOR CORP, <br><br> Plaintiff, <br><br> --against-- <br><br> EZQUIRE ELEVATOR, LLC, JOEL SMITH, and ANTHONY GRAVES, <br><br> Defendants. | 17 Civ. 3427 |

**NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared hereby stipulate and give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated:  March 1, 2018
New York, New York

| /s/ *T. Austin Brown* | /s/ *Julie R. Solarz* |
|---|---|
| T. Austin Brown <br> The Austin Brown Law Firm <br> 349 5th Avenue #720 <br> New York, NY, 10016 <br> (917) 716-6537 <br> austin@austinbrownlaw.com <br><br> Attorney for Plaintiff <br> Major Elevator Corp. | Julie R. Solarz <br> Lehman LG LLC <br> 244 5th Ave., Suite B258 <br> New York, NY 10001 <br> (724) 453-4626 <br> Julie.Solarz@lehmanlawgroup.com <br><br> Attorney for Defendants <br> Ezquire Elevator, LLC, Joel Smith, and Anthony Graves |