UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAJOR ELEVATOR CORP,

                Plaintiff,

    --against--

EZQUIRE ELEVATOR, LLC, JOEL SMITH,
and ANTHONY GRAVES,

                Defendants.

17 Civ. 3427

---

### NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared hereby stipulate and give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: March 3, 2018
New York, New York

_____
T. Austin Brown
The Austin Brown Law Firm
349 5th Avenue #720
New York, NY, 10016
(917) 716-6537
austin@austinbrownlaw.com

Attorney for Plaintiff
Major Elevator Corp.

_____
Julie R. Solarz
Lehman LG LLC
244 5th Ave., Suite B258
New York, NY 10001
(724) 453-4626
Julie.Solarz@lehmanlawgroup.com

Attorney for Defendants
Ezquire Elevator, LLC, Joel Smith,
and Anthony Graves

1